# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARRESHA KIRK | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| JEFFERSON CAPITAL SYSTEMS LLC. | ) JURY TRIAL DEMANDED |
|     Defendant. | ) |
| | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Marresha Kirk an individual consumer, against Defendant, Jefferson Capital Systems LLC., for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) and 28 U.S.C 1331. The venue in this District is proper in that the Defendant Jefferson Capital Systems LLC transacts business in Tallassee, Alabama and the conduct complained of occurred in Tallassee, Alabama.

1

## III.    PARTIES

3. Plaintiff, Marresha Kirk (hereinafter "Ms. Kirk"), is a natural person residing in Tallassee, Alabama. Ms. Kirk is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant Jefferson Capital Systems LLC. is a debt collection agency with its principal place of business located at 16 McLeland Road, Saint Cloud, MN 56303.

5. Defendant, Jefferson Capital Systems LLC. is engaged in the collection of debt from consumers using mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal, family or household purposes.

## IV.    FACTS OF THE COMPLAINT

6. Defendant, Jefferson Capital Systems LLC. (hereinafter referred to as "Debt Collector"), is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about June 13, 2023, the Plaintiff viewed a copy of her credit report via Credit Karma and noticed a collection account listed for Jefferson Capital Systems LLC.

8. The report information listed Verizon Wireless as the original creditor and showed the alleged debt owed of $1,204.00 as an open balance.

9. On or about June 13, 2023, the Plaintiff sent a letter disputing the alleged debt via USPS certified mail (tracking number# 9589071052700160370163) to Jefferson Capital Systems LLC.

10. The Plaintiff included in the letter that the only convenient way to contact her is via email and the letter included their email address.

11. Jefferson Capital Systems LLC responded to that letter in a way that they knew was inconvenient to the consumer by sending mail to her address stating "If you do not pay this debt, we may report or continue to report it the credit reporting agencies." This response was in violation of 15 U.S.C. §1692c(a)(1) by communicating with the consumer "at any unusual time or place or a time or place known, or which should be known to be inconvenient to the consumer."

12. Plaintiff has suffered actual damages because of these illegal collection communications by the Defendant in the form of anger, anxiety, amongst other negative emotions due to harassment from the debt collector continuing to write the Plaintiff after being notified of the inconvenience.

## V. FIRST CLAIM FOR RELIEF
### (Defendant Jefferson Capital Systems LLC.,)
### 15 U.S.C. §1692c(a)(1)

13. All preceding paragraphs are re-alleged.

14. The Debt Collector violated the FDCPA.

15. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(a)(1) of the FDCPA by intentionally communicating in connection with collection of a debt from Plaintiff at time and place known by Defendant to be inconvenient to Plaintiff.

16. As a result of the above violations of the FDCPA, the Defendant is liable to Ms. Kirk for actual damages, statutory damages, and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Ms. Kirk respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For deletion of tradeline

F. For such other and further relief as the Court may deem just and proper.

Respectfully submitted on August 11, 2023

By: /s/ Noelle Sillmon
**Noelle Sillmon**
**Alabama Bar No.: 4074Y61Q**
Pleadings2@thehawklegal.com
**THE HAWK LEGAL COLLECTIVE**
The Hawk Legal Collective
730 Peachtree Street NE, #570
Atlanta, GA 30308
Phone: (404) 439-9310

*Counsel for Plaintiff*