IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARRESHA KIRK, | ) |
|    Plaintiff, | ) ) ) |
| v. | )    CIVIL CASE NO. 2:23-cv-484-ECM |
| JEFFERSON CAPITAL SYSTEMS LLC, | ) ) ) |
|    Defendant. | ) |

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal without prejudice (doc. 26), which comports with FED. R. CIV. P. 41(a)(1)(A)(ii), this action has been DISMISSED without prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 22nd day of February, 2024.

                                    /s/ Emily C. Marks
                                EMILY C. MARKS
                                CHIEF UNITED STATES DISTRICT JUDGE